IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2007

Charles R. Fulbruge III
Clerk

No. 06-10149
Conference Calendar

MELVIN TRAYLOR

Petitioner-Appellant

v.

DAN JOSLIN, Warden

Respondant-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-2333

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Melvin Traylor, federal prisoner # 29612-077, filed an application for a writ of habeas corpus, invoking 28 U.S.C. § 2241, and challenging the sentence imposed related to his conviction of conspiracy to distribute crack cocaine. The district court construed the habeas application as an unauthorized successive 28 U.S.C. § 2255 motion and dismissed it without prejudice as an unauthorized successive § 2255 motion. Traylor argues the merits of his habeas claim only and does not discuss in his brief whether the district court erred. See Yohey v.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Collins, 985 F.2d 222, 224–25 (5th Cir. 1993) (issues not briefed are waived). The appeal is DISMISSED AS FRIVOLOUS.